SKECHERS U.S.A., INC., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Case No. 97–01–00149

(Dated July 15, 1998)

## ORDER

MUSGRAVE, *Judge:* Upon consideration of Plaintiff's Motion to Sever and Dismiss those matters pertaining to Entry No. 175-0740439–4, which was challenged by way of Protest No. 2720–96–101165, and determining that the motion should be granted, it is hereby:

ORDERED that all matters pertaining to Entry No. 175–0740439–4 be severed from this case and established as a separate case, the file number of which shall be 97–01–00149S.

ORDERED that the initial filing fees which were paid at the time the summons in Case No. 97–01–00149 was filed need not be tendered again.

ORDERED that Case No. 97–01–00149S is dismissed.